# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARBOR COMPANY, A NEVADA LIMITED PARTNERSHIP; DARRELL JAMES GUZY, SR.; AND MARCIA O. GUZY,

Appellants,

vs.

MARY ANN GUZY,

Respondent.

No. 70760

**FILED**

JUN 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nathan Tod Young, District Judge
Jonathan Andrews, Settlement Judge
Guardian Law Group
Bowen Hall
Heritage Law Group, PC
Van Tassel Law Firm
Bailus Cook & Kelesis
Handelin Law Ltd.
Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-18228